US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 19 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:14CR40026-001 |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) and (e) |
| | ) | 18 U.S.C. § 2256(8) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| JOHNNY EVANS | ) | 18 U.S.C. § 2252A(b)(2) |

## UNSEALED INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about June 28, 2013, in the Western District of Arkansas, Texarkana Division, the defendant, JOHNNY EVANS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely "P06-28-13_10.07[1].jpg" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO

On or about June 28, 2013, in the Western District of Arkansas, Texarkana Division, the defendant, JOHNNY EVANS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely "P06-28-13_10.07[2].jpg" and that visual depiction was

produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THREE

On or about June 28, 2013, in the Western District of Arkansas, Texarkana Division, the defendant, JOHNNY EVANS, used, persuaded, induced, enticed, and coerced a minor, namely "JANE DOE", with the intent that "JANE DOE" engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct, namely "P06-28-13_10.09.jpg" and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One through Three of this Indictment. Upon conviction of any Count of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253 the defendant's interest in:

1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.

/s/Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: _____
Dustin S. Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Ave
Fort Smith, AR 72901
479-783-5125
E-mail Dustin.Roberts@usdoj.gov